Fill in this information to identify the case:

Debtor 1   Jacqueline Isler

Debtor 2   _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____   District of   CONNECTICUT
                                                                    (State)

Case number   19-50053

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

| | | |
|---|---|---|
| **Name of creditor:** | Deutsche Bank National Trust Company, As Trustee For Ameriquest Mortgage Securities Inc., Quest Trust 2005-X2, Asset Backed Certificates, Series 2005-X2 | **Court claim no. (if known)**   5 |
| **Last four digits** of any number you use to identify the debtor's account: | XXXXXX9004 | |

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

❋ No
☐ Yes. Date of the last notice: _____

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | 2/19/2019, 2/19/2019 | (5) | $ 750.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses. Specify: _____ | | (10) | $ 0.00 |
| 11. | Other. Specify: Plan Review; | 1/22/2019, | (11) | $ 150.00 |
| 12. | Other. Specify: _____ | | (12) | $ |
| 13. | Other. Specify: _____ | | (13) | $ |
| 14. | Other. Specify: _____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Debtor 1 | Jacqueline Isler | | Case number (*if known*) | 19-50053 |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

## Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
❋ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

x  /s/Linda  St. Pierre            Date  5/16/2019
    Signature

Print:  Linda            St. Pierre              Title  Bankruptcy Attorney
        First Name    Middle Name    Last Name

Company  McCalla Raymer Leibert Pierce, LLC, attorney for Deutsche Bank National Trust Company, As Trustee For Ameriquest Mortgage Securities Inc., Quest Trust 2005-X2, Asset Backed Certificates, Series 2005-X2

Address  50 Weston St.
         Number    Street
         Hartford              CT           06120
         City                  State        ZIP Code

Contact phone  860-240-9156            Email  Linda.St.Pierre@mccalla.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **In re:** ) | |
| ) | **Case No.** 19-50053 |
| Jacqueline Isler ) | **Chapter** 13 |
| ) | |
| ) | **JUDGE:** Julie A. Manning |

## **EXHIBIT B**

### ITEMIZATION OF CLAIM

- Bankruptcy/Proof of Claim Fees:                                                                                             $750.00

  | | | |
  |---|---|---|
  | 02/19/2019 | Preparation and Filing of Proof of Claim | $500.00 |
  | 02/19/2019 | Preparation of the POC 410A History | $250.00 |

- Other:                                                                                                                                            $150.00

  | | | |
  |---|---|---|
  | 01/22/2019 | Review and Analysis of Schedules, Plan, Docket, Loan Docs | $150.00 |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:                                      **$900.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

|  | Bankruptcy Case No.: | 19-50053 |
|---|---|---|
| In Re: | Chapter: | 13 |
| Jacqueline Isler | Judge: | Julie A. Manning |

CERTIFICATE OF SERVICE

I, Linda St. Pierre, of McCalla Raymer Leibert Pierce, LLC, 50 Weston St., Hartford, CT 06120, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Jacqueline Isler
148 King St
Stratford, CT 06615-5831

Janine M. Becker                              *(served via ECF Notification)*
Law Offices of Becker & Zowine, LLC
3296 Main Street
Bridgeport, CT 06606

Roberta Napolitano, Trustee                   *(served via ECF Notification)*
10 Columbus Boulevard
6th Floor
Hartford, CT 06106

U. S. Trustee                                 *(served via ECF Notification)*
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   5/16/2019         By:   */s/Linda St. Pierre*
              (date)                   Linda St. Pierre
                                       Connecticut BAR No. CT22287
                                       Attorney for Deutsche Bank National Trust Company, As Trustee For Ameriquest Mortgage Securities Inc., Quest Trust 2005-X2, Asset Backed Certificates, Series 2005-X2

# Invoice # ████████

**INVOICE DATE:** 01/23/2019

**Invoice Submitted By:**
McCalla Raymer - McCalla Raymer
1544
Old Alabama Road
Roswell GA 30076
████████
Vendor ID # ████████

**Order Information:**
Order #: ████████████████████████
Order Date: 01/17/2019
Order Type: Reorganization Plan
Loan #: ██████9004
Property Address: 148 King St, Stratford, CT 06615

**Invoice Submitted To:**
Ocwen Loan Servicing,
1661 Worthington Rd. Suite 100,
West Palm Beach, FL 33409
████████

**Payment Information:**
Confirmation #: ████████
Method: ACH
Payment Date: 01/31/2019

| LINE # | EXPENSE CODE | CATEGORY CODE | DESCRIPTION | SERVICE DATE | AMOUNT |
|---|---|---|---|---|---|
| 1 | FB42 | FB4212 | Review of Plan and Notice of Appearance-(Rec from Brwr) | 01/22/2019 | $150.00 |
| | | | | **Total:** | **$150.00** |

PLAN REVIEW - RECOVERABLE

Invoice management powered by:  

05/14/2019 17 52 20 UTC Status  Approved

## Bankruptcy Petition #: 19-50053

AITNO: Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Quest Trust 2005-X2, Asset Backed Certificates, Series 2005-X2

# Invoice # ▮▮▮▮▮▮▮▮

**INVOICE DATE:** 02/21/2019

**Invoice Submitted By:**
McCalla Raymer - McCalla Raymer
1544
Old Alabama Road
Roswell GA 30076

Vendor ID # ▮▮▮▮▮▮▮

**Order Information:**
Order #: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Order Date: 02/04/2019
Order Type: Proof of Claim
Loan #: ▮▮▮▮▮▮9004
Property Address: 148 King St, Stratford, CT 06615

**Invoice Submitted To:**
Ocwen Loan Servicing,
1661 Worthington Rd. Suite 100,
West Palm Beach, FL 33409

**Payment Information:**
Confirmation # ▮▮▮▮▮▮▮
Method: ACH
Payment Date: 03/13/2019

| LINE # | EXPENSE CODE | CATEGORY CODE | DESCRIPTION | SERVICE DATE | AMOUNT |
|---|---|---|---|---|---|
| 1 | FB42 | FB4201 | Proof of Claim-(Recoverable from Borrower) | 02/19/2019 | $500.00 |
| 2 | FB42 | FB4226 | Payment History Review Fee (Recoverable from Borrower) | 02/19/2019 | $250.00 |
| | | | | **Total:** | $750.00 |

POC - recoverable and Payment History - recoverable

Invoice management powered by:  

05/14/2019 17 52 41 UTC Status  Approved